UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

ANGELA ENGRAM,

    Plaintiff,

v.                                          Case No. 9:19-CV-80868-RKA

BADCOCK'S ECONOMY FURNITURE
STORE, INC.,

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COMES ANGELA ENGRAM ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd., and, in support of her Notice of Voluntary Dismissal without Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against the Defendant, BADCOCK'S ECONOMY FURNITURE STORE, INC , without prejudice. Each party shall bear its own costs and attorney fees.

Dated: October 2, 2019                      Respectfully Submitted,

                                                 */s/ Alexander J. Taylor*
                                                 Alexander J. Taylor, Esq.
                                                 Florida Bar No. 1013947
                                                 *Counsel for Plaintiff*
                                                 Admitted in the Southern District of Florida
                                                 Sulaiman Law Group, Ltd.
                                                 2500 S. Highland Avenue, Suite 200
                                                 Lombard, IL 60148
                                                 Phone (630) 575-8181
                                                 Fax: (630)575-8188
                                                 ataylor@sulaimanlaw.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 2, 2019, a true and correct copy of the above and foregoing document was filed with the Court and served on all parties requested electronic notification.

*/s/ Alexander J. Taylor*
Alexander J. Taylor
