**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

ANGELA ENGRAM,

    Plaintiff,

v.

                                                  Case No.: 9:19-cv-80868-RKA

BADCOCK'S ECONOMY
FURNITURE STORE, INC.,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, ANGELA ENGRAM, and Defendant, BADCOCK'S ECONOMY HOME FURNITURE STORE, INC., hereby stipulate to dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a), with each party bearing its own attorneys' fees and costs.

Dated: May 18, 2020.

Respectfully submitted,

| | |
|---|---|
| /s/ Christopher L. DeCort | /s/ Alexander J. Taylor |
| CHRISTOPHER L. DECORT | ALEXANDER J. TAYLOR |
| Florida Bar No. 89009 | Florida Bar No. 1013947 |
| cdecort@jclaw.com | ataylor@sulaimanlaw.com |
| JAMES JEFFREY BURNS | **SULAIMAN LAW GROUP, LTD.** |
| Florida Bar No. 111395 | 2500 S. Highland Ave, Suite 200 |
| jburns@jclaw.com | Lombard, IL 60148 |
| **JOHNSON, CASSIDY,** | Telephone: (630) 575-8181 |
| **NEWLON & DECORT P.A.** | Facsimile: (630) 575-8188 |
| 2802 N. Howard Avenue | *Attorneys for Plaintiff* |
| Tampa, FL 33607 | |
| Telephone: (813) 699-4859 | |
| Facsimile: (813) 235-0462 | |
| *Attorneys for Defendant* | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 18, 2020, a true and correct copy of the foregoing was electronically filed with the United States District Court, Middle District of Florida, by using the CM/ECF System, which will serve a copy on all counsel of record.

*/s/ Christopher L. DeCort*
Attorney