**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-80868-CIV-ALTMAN/Brannon**

**ANGELA ENGRAM**,

    *Plaintiff*,

v.

**BADCOCK'S ECONOMY FURNITURE STORE, INC.**,

    *Defendant*.

_____/

**ORDER OF DISMISSAL**

**THIS MATTER** comes before the Court on the parties' Joint Stipulation of Dismissal with Prejudice ("Stipulation") [ECF No. 19]. The parties seek a dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court notes that the Stipulation is self-executing. Accordingly, the Court hereby **DISMISSES** this case **with prejudice**. This action shall remain closed, and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 19th day of May 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record